1

2

3                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
4

5   CHRISTOPHER WALDRON,                No.   2:15-CV-0337-SMJ
    Executor for the Estate of Robert J.
    Harris,
6
                                          **ORDER GRANTING**
                          Plaintiff,      **STIPULATION AND ORDER OF**
7                                         **DISMISSAL WITH PREJUDICE**

            v.
8
    CITY OF WENATCHEE, a Municipal
9   corporation, CHELAN COUNTY, a
    political subdivision of the State of
10  Washington, COLUMBIA RIVER
    DRUG TASK FORCE, a cooperative
11  law enforcement entity, also known as
    CRDTF, SCOTT REIBER, individually
12  and JOHN and JANE DOES, 1-10,
                          Defendants.
13

14          Before the Court, without oral argument, is the Plaintiff, Christopher

15   Waldron's and Defendants City of Wenatchee's and Scott Reiber's Stipulation

16   and Order of Dismissal With Prejudice, ECF No. 24.  The parties move for

17   dismissal of Defendant City of Wenatchee, a Municipal corporation, and

18   Defendant Scott Reiber, individually from this case with prejudice and without

19   cost or attorney's fees to either party. Having reviewed the files and records

20   herein, the Court finds good cause to grant the motion.

ORDER - 1

**IT IS HEREBY ORDERED**:

    **1.**    The parties Stipulation and Order of Dismissal with Prejudice, **ECF No. 24**, is **GRANTED.**

    **2.**    Defendant City of Wenatchee, a Municipal corporation and Defendant Scott Reiber, individually are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    The Clerk's Office is directed to **AMEND** the caption as follows:

CHRISTOPHER WALDRON, Executor for the Estate of Robert J. Harris,

                                      Plaintiff,

                    v.

CHELAN COUNTY, a political subdivision of the State of Washington, COLUMBIA RIVER DRUG TASK FORCE, a cooperative law enforcement entity also known as CRDTF and JOHN and JANE DOES 1-10,

                                      Defendants.

//

//

//

//

ORDER - 2

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of September 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 3