UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER WALDRON, Executor for the Estate of Robert J. Harris,<br><br>Plaintiff,<br><br>v.<br><br>CHELAN COUNTY, a political subdivision of the State of Washington; COLUMBIA RIVER DRUG TASK FORCE, a cooperative law enforcement entity also known as CRDTF and JOHN and JANE DOES 1-10,<br><br>Defendants. | No.   2:15-CV-0337-SMJ<br><br>**ORDER DISMISSING CASE** |

On October 26, 2016, the parties filed a stipulated dismissal, ECF No. 27. The parties' through their respective counsel represent that this case has fully settled and compromised and may be dismissed with prejudice and without costs to any party. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

1. The Parties Stipulation for Dismissal with Prejudice and Without Costs to any Party, **ECF No. 27**, is **GRANTED.**

ORDER DISMISSING CASE **-** 1

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 28th day of October 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge